# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ELISABETH SERIAN,

      Plaintiff,

v.                                                    Case No:   6:23-cv-2471-GAP-LHP

JETBLUE AIRWAYS
CORPORATION,

      Defendant

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a) and in the interest of justice, I hereby recuse myself from this matter because the Defendant is represented by my wife's former law firm from which she continues to receive compensation.   The Clerk is directed to reassign this case to another Judge of this court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 17, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record