**IN THE UNITED STATES COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**Orlando Division**

| | |
|---|---|
| **ELISABETH SERIAN,** | ) Civil Action No.: Case No.: 6:23-CV-02471 |
| | ) |
| **Plaintiff,** | ) |
| **vs.** | ) |
| | ) |
| **JETBLUE AIRWAYS CORP.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## OPPOSED MOTION TO WITHDRAW

I, **DAWN ALBA, Esquire,** proceeding under Local Rule 2.02(c), moves to withdraw from representing **ELISABETH SERIAN** in this action.

**I CERTIFY THAT** the client has terminated my representation; I have been discharged of providing my services in this matter pursuant to R. Regul. Fl. Bar 4-1.16(a)(3), the lawyer must withdraw. Plaintiff has authorized the withdrawal. The withdrawal will result in a person proceeding prose.  Contact information is hereby being provided:

**ELISABETH SERIAN**
155 SOUTH COURT AVENUE
UNIT 1807
ORLANDO, FL 32801

EMAIL:      ellieserian@me.com

PHONE:      (407) 222-8797

**I HEREBY CERTIFY** that the withdrawal will not result in a continuance of a trial. The Parties are in the discovery phase and there are no pending responses due from Plaintiff. Plaintiff is

1

not seeking any extension of time, or to stay the matter. The only pending discovery responses are due from Defendants. Therefore, Defendant will not be prejudiced by any delay in the matter.

## LOCAL RULE 3.01(g) CERTIFICATION

I have conferred telephonically with the opposing party and represent the opposing party opposes my withdrawal.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the following was sent by electronic mail on the 22nd day of October 2024 to the recipients on the SERVICE LIST below.

*Dawn M. Alba*
_____
Dawn M. Aba, Esq, Attorney for Plaintiffs
F.B.N. 112814.
Alba Law Office, PA
50 SE Ocean Blvd., Suite 304
Stuart, FL 34494
(561) 584-0023 office
(772) 247-6784 cell
Dawn@Albalawoffice.com

## SERVICE LIST

Ashlea A. Edwards
Florida Bar Number: 117691
Email: ashlea.edwards@akerman.com
**AKERMAN LLP**
50 North Laura St., Suite 3100
Jacksonville, Florida 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

Raymond J. Berti
*Admitted pro hac vice*
Email: Raymond.berti@akerman.com
**AKERMAN LLP**
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Tel: (212) 880-3800
Fax: (212) 880-8965
*Counsel for Defendant JetBlue Airways Corporation*