**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ELISABETH SERIAN,

        Plaintiff,

v.                                          Case No:   6:23-cv-2471-JSS-LHP

JETBLUE AIRWAYS
CORPORATION,

        Defendant

---

**ORDER**

Before the Court is Plaintiff's Motion to Compel Better Answer, as Plaintiff Has Received Only Boilerplate Responses. Doc. No. 57. Defendant responds in opposition. Doc. No. 58. Upon review, and for the reasons argued by Defendant in response, the motion (Doc. No. 57) will be **DENIED**.

Specifically, Plaintiff has failed to attach the discovery requests and responses at issue as required by the Standing Order on Discovery Motions. *See* Doc. No. 20 ¶ 3. Further, Plaintiff fails to establish in the motion how the interrogatories and requests for production at issue are relevant to the claims remaining in this case, and/or how Defendant's specific responses to those discovery requests are deficient. Doc. No. 57; *see also* Doc. No. 35. Finally, it appears from Defendant's

response that pursuant to a good faith conferral, Defendant responded to six of the interrogatories at issue (Nos. 1, 2, 4, 9, 19, and 20) on January 21, 2025, which would appear to render Plaintiff's motion at least partially moot.   *See* Doc. No. 58-1.

**DONE** and **ORDERED** in Orlando, Florida on February 25, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties